STATE v. HARDY

No. 121P02

Case below: 149 N.C. App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. HOBSON

No. 335P02

Case below: 150 N.C. App. 715

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. JOHNSON

No. 570P02

Case below: 148 N.C. App. 405

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

STATE v. MAHAN

No. 342P02

Case below: 150 N.C. App. 717

Petition by Attorney General for writ of supersedeas dismissed 19 December 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.